

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

### NO. WR-90,505-03

---

**EX PARTE RAMIRO NIETO REYES, Applicant**

---

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 08-05094-A IN THE 252ND DISTRICT COURT
### FROM JEFFERSON COUNTY

---

*Per curiam.*

### O R D E R

Applicant was convicted of manslaughter and sentenced to 7 years' imprisonment. The Ninth Court of Appeals affirmed his conviction. *Reyes v. State,* No. 09-15-00438-CR (Tex. App.–Beaumont, Feb. 15, 2017, no pet.). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that appellate counsel was ineffective because counsel failed to inform him of his right to file a *pro se* petition for discretionary review. Applicant has alleged facts that, if true, might entitle him to relief. *Smith v. Robbins*, 528 U.S. 259 (2000); *Ex parte Miller*, 330 S.W.3d 610 (Tex. Crim. App. 2009). Accordingly, the record should be developed. The trial court

is the appropriate forum for findings of fact. TEX. CODE CRIM. PROC. art. 11.07, § 3(d). The trial court shall order appellate counsel to respond to Applicant's claim. In developing the record, the trial court may use any means set out in Article 11.07, § 3(d). If the trial court elects to hold a hearing, it shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him at the hearing. *See* TEX. CODE CRIM. PROC. art. 26.04. If counsel is appointed or retained, the trial court shall immediately notify this Court of counsel's name.

The trial court shall make findings of fact and conclusions of law as to whether appellate counsel's performance was deficient and Applicant was prejudiced. Initially, the trial court shall clarify whether Applicant had a right to appeal this conviction. The trial court may make any other findings and conclusions that it deems appropriate in response to Applicant's claim.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.


Filed: March 11, 2020
Do not publish